FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

JUN 2 4 2026

FOR THE DISTRICT OF NEW MEXICO

ERIK PALTROW
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 26-2979 MLG |
| | ) |
| vs. | ) Count 1: 18 U.S.C. §§ 1153 and |
| | ) 113(a)(3): Assault with a Dangerous |
| **TROY BARBONE JR.,** and | ) Weapon; 18 U.S.C. § 2: Aiding and |
| **TYREN BARBONE,** | ) Abetting; |
| | ) |
| Defendants. | ) Count 2: 18 U.S.C. §§ 1153 and |
| | ) 113(a)(6): Assault Resulting in Serious |
| | ) Bodily Injury; 18 U.S.C. § 2: Aiding and |
| | ) Abetting. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about March 3, 2026, in Indian Country, in McKinley County, in the District of New Mexico, the defendants, **TROY BARBONE JR.** and **TYREN BARBONE**, Indians, assaulted John Doe with a dangerous weapon, specifically, a metal pole/bar and shovel, with the intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153, 113(a)(3), and 2.

Count 2

On or about March 3, 2026, in Indian Country, in McKinley County, in the District of New Mexico, the defendants, **TROY BARBONE JR.** and **TYREN BARBONE**, Indians, assaulted John Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153, 113(a)(6), and 2.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney